UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| FLOYD METCALF, JR., | ) | |
| Plaintiff, | ) | Civil Action No. 5:18-625-DCR |
| v. | ) | |
| DANIEL AKERS, et al., | ) | **JUDGMENT** |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Plaintiff's Complaint [Record No. 1] is **DISMISSED WITHOUT PREJUDICE**.

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: December 10, 2018.



Signed By:
*Danny C. Reeves*
United States District Judge